# EXHIBIT A

2:18-mn-02873-RMG     Date Filed 05/22/25     Entry Number 7163-1     Page 1 of 6

| Case Caption | Case Number |
|---|---|
| *Miami-Dade County, Florida, v. 3M et al* | 2:20-cv-04194 |
| *Borough of Point Pleasant, New Jersey v. 3M et al* | 2:21-cv-00357 |
| *Golden State Water Co. v. 3M et al* | 2:21-cv-00534 |
| *Suburban Water Systems v. 3M et al* | 2:21-cv-00733 |
| *The City of Camden, New Jersey v. 3M et al* | 2:21-cv-01317 |
| *Pico Water District v. 3M et al* | 2:21-cv-01409 |
| *Bellflower-Somerset Mutual Water Co. v. 3M et al* | 2:21-cv-01410 |
| *Montebello Land & Water Company v. 3M et al* | 2:21-cv-01494 |
| *The Town of Lewisboro, New York v. 3M et al* | 2:21-cv-01604 |
| *Town of Mansfield, Massachusetts v. 3M et al* | 2:21-cv-01605 |
| *The City of Moline, Illinois v. 3M et al* | 2:21-cv-01608 |
| *The Village of South Elgin, Illinois v. 3M et al* | 2:21-cv-01609 |
| *California Domestic Water Company v. 3M et al.* | 2:21-cv-01610 |
| *City of Tallahassee, Florida v. 3M et al* | 2:21-cv-01677 |
| *The Illinois Municipal Corporation East Alton v. 3M et al* | 2:21-cv-01693 |
| *City of Monterey Park v. 3M et al* | 2:21-cv-01990 |
| *Sammamish Plateau Water & Sewer District v. 3M et al* | 2:21-cv-02086 |
| *The Borough of Rocky Hill, New Jersey v. 3M et a* | 2:21-cv-02138 |
| *City of Riverside v. 3M et al* | 2:21-cv-02296 |
| *City of Crest Hill, Illinois v. 3M et al* | 2:21-cv-02644 |
| *Town of Burlington, Massachusetts v. 3M et al* | 2:21-cv-02945 |
| *Pleasant Valley Public Water District, Illinois v. 3M et al* | 2:21-cv-02946 |
| *Village of Rockdale, Illinois* | 2:21-cv-03255 |
| *South Montebello Irrigation District v. 3M et al* | 2:21-cv-03432 |
| *Water Replenishment District of Southern California v. 3M et al* | 2:21-cv-03669 |
| *Elsinore Valley Municipal Water District v. 3M et al* | 2:21-cv-03699 |
| *Sudbury Water District v. 3M et al* | 2:21-cv-03701 |
| *City of Collinsville, Illinois v. 3M et al* | 2:21-cv-03887 |
| *Town of Hudson, Massachusetts v. 3M et al* | 2:21-cv-03888 |
| *Meadows At Cross River Waterworks Corp. v. 3M et al* | 2:21-cv-03890 |
| *Centerville Osterville Marstons Mills Fire District Water Department v. 3M et al* | 2:21-cv-03891 |
| *Village of Cary, Illinois v. 3M et al* | 2:22-cv-00194 |
| *The City of East Moline, IL v. 3M et al* | 2:22-cv-00195 |
| *The City of Garfield, NJ v. 3M et al* | 2:22-cv-00196 |
| *Town of Hopedale, Massachusetts v. 3M et al* | 2:22-cv-00197 |
| *The City of Rock Island, Illinois v. 3M et al* | 2:22-cv-00198 |
| *The Southeast Morris County Municipal Utilities Authority v. 3M et al* | 2:22-cv-00199 |
| *The Township of Verona, New Jersey v. 3M et al* | 2:22-cv-00205 |
| *Village of Lake in the Hills, IL v. 3M et al* | 2:22-cv-00252 |

| | |
|---|---|
| *Town of Canton, Mass v. 3M et al* | 2:22-cv-00864 |
| *North Park Public Water District v. 3M et al* | 2:22-cv-01123 |
| *La Habra Heights County Water District v. 3M et al* | 2:22-cv-01347 |
| *City of Elgin, Illinois v. 3M et al* | 2:22-cv-01499 |
| *Village of Channahon, Illinois v. 3M et al* | 2:22-cv-01614 |
| *Rubidoux Community Services District v. 3M et al* | 2:22-cv-01937 |
| *Town of Princeton, Massachusetts v. 3M et al* | 2:22-cv-02036 |
| *Santa Margarita Water District v. 3M et al* | 2:22-cv-02061 |
| *City of South Shore, Kentucky v. 3M et al* | 2:22-cv-02526 |
| *West Des Moines Water Works v. 3M et al* | 2:22-cv-02558 |
| *Camrosa Water District v. 3M et al* | 2:22-cv-02601 |
| *Chino Basin Desalter Authority v. 3M et al* | 2:22-cv-02602 |
| *Kennebunk, Kennebunkport and Wells Water District v. 3M et al* | 2:22-cv-02761 |
| *Orchard Dale Water District v. 3M et al* | 2:22-cv-02839 |
| *Jurupa Community Services District v 3M et al* | 2:22-cv-02892 |
| *City of East Peoria, IL v. 3M et al* | 2:22-cv-03186 |
| *Swansea Water District v. 3M et al* | 2:22-cv-03717 |
| *City of Sacramento v. 3M et al* | 2:22-cv-03799 |
| *Board of Water Works Trustees of the City of Des Moines, Iowa v. 3M et al* | 2:22-cv-03837 |
| *Village of Dupo, IL v. 3M et al* | 2:22-cv-03919 |
| *City of Wood River Illinois v. 3M et al* | 2:22-cv-03954 |
| *Village of Fox Lake, Illinois v. 3M et al* | 2:22-cv-04086 |
| *Peoples Water Service Co of Florida Inc. v. 3M et al* | 2:22-cv-04113 |
| *Kennebec Water District v. 3M et al* | 2:22-cv-04164 |
| *City of Evanston Illinois v. 3M et al* | 2:22-cv-04304 |
| *Livingston Township New Jersey v. 3M et al* | 2:22-cv-04321 |
| *Dedham-Westwood Water District v. 3M et al* | 2:23-cv-00030 |
| *East Chelmsford Water District v. 3M et al* | 2:23-cv-00204 |
| *Malad & Hilton Water Company, Inc. v. 3M et al* | 2:23-cv-00664 |
| *Village of Sugar Grove, Illinois v. 3M et al* | 2:23-cv-00954 |
| *City of Lake Forest, Illinois v. 3M et al* | 2:23-cv-01015 |
| *San Gabriel Basin Water Quality Authority v. 3M et al* | 2:23-cv-01087 |
| *Harrisville Fire District v. 3M et al* | 2:23-cv-01229 |
| *Alameda County Agricultural Fair Association v. 3M et al* | 2:23-cv-01287 |
| *Dracut Water Supply District v. 3M et al* | 2:23-cv-01363 |
| *Town of North Kingstown, Rhode Island v. 3M et al* | 2:23-cv-01712 |
| *The City of Orange Township, NJ v. 3M et al.* | 2:23-cv-02103 |
| *The Electric and Water Plant Board of the City of Frankfort, KY v. 3M et al.* | 2:23-cv-02105 |
| *Jacksonville, Alabama v. 3M et al.* | 2:23-cv-02181 |
| *Village of New Paltz v. 3M et al.* | 2:23-cv-02198 |
| *Village of Glencoe, Illinois v. 3M et al* | 2:23-cv-02233 |
| *City of Colton, California v. 3M et al* | 2:23-cv-02253 |
| *Northern Kentucky Water District v. 3M et al.* | 2:23-cv-02333 |

| | |
|---|---|
| *City of Cincinnati Ohio v. 3M et al.* | 2:23-cv-02334 |
| *Box Springs Mutual Water Company v. 3M et al.* | 2:23-cv-02340 |
| *Louisville Water Company v. 3M et al.* | 2:23-cv-02367 |
| *City of Lomita v. 3M et al.* | 2:23-cv-02393 |
| *Merchantville-Pennsauken Water Commission v. 3M et al.* | 2:23-cv-02394 |
| *City of Edwardsville, IL v. 3M et al.* | 2:23-cv-02690 |
| *Town of Lincoln, Massachusetts v. 3M et al.* | 2:23-cv-02871 |
| *San Gabriel Valley Water v. 3M et al.* | 2:23-cv-02873 |
| *Town of Halifax v. 3M et al* | 2:23-cv-02908 |
| *Arizona Water Company v. 3M et al.* | 2:23-cv-03027 |
| *The Village of Mount Morris, IL v. 3M et al.* | 2:23-cv-03208 |
| *Town of Randolph v. 3M et al* | 2:23-cv-03451 |
| *City of Marquette Heights v. 3M et al* | 2:23-cv-03539 |
| *City of Waukegan v. 3M et al* | 2:23-cv-03540 |
| *City of Highland Park v. 3M et al* | 2:23-cv-03541 |
| *City of Attleboro v. 3M et al* | 2:23-cv-03575 |
| *Sanford Water District v. 3M et al* | 2:23-cv-03589 |
| *Grafton Water District v. 3M et al* | 2:23-cv-03768 |
| *Town of Maynard, Massachusetts v. 3M et al.* | 2:23-cv-03848 |
| *Keokuk Municipal Waterworks v. 3M et al.* | 2:23-cv-03849 |
| *Kent County Water Authority v. 3M et al.* | 2:23-cv-03855 |
| *Borough of Fair Lawn v. 3M et al* | 2:23-cv-03917 |
| *City of Isle Minnesota v. 3M et al* | 2:23-cv-04140 |
| *City of Deer Park v. 3M et al* | 2:23-cv-04169 |
| *City of Columbus v. 3M et al* | 2:23-cv-04387 |
| *York Sewer District v. 3M et al* | 2:23-cv-05153 |
| *Hardyston Township v. 3M et al* | 2:23-cv-05349 |
| *Hardyston Township Municipal Authority v. 3M et al* | 2:23-cv-06406 |
| *City of Fergus Falls v. 3M et al* | 2:24-cv-00453 |
| *City of Apple Valley v. 3M et al* | 2:24-cv-00597 |
| *Borough of Florham Park v. 3M et al* | 2:24-cv-00723 |
| *Erie County Water Authority v. 3M et al* | 2:24-cv-00725 |
| *City of Huntington v. 3M et al* | 2:24-cv-00753 |
| *City of Dawson v. 3M et al* | 2:24-cv-00813 |
| *City of North Branch v. 3M et al* | 2:24-cv-00830 |
| *City of Washington v. 3M et al* | 2:24-cv-00872 |
| *City of Coconut Creek v. 3M et al* | 2:24-cv-00878 |
| *City of Bridgeton v. 3M et al* | 2:24-cv-00991 |
| *Metropolitan Government of Nashville and Davidson County v. 3M et al* | 2:24-cv-01140 |
| *Town of Plainfield, IN v. 3M et al* | 2:24-cv-01196 |
| *City of Madison, IN v. 3M et al* | 2:24-cv-01221 |
| *City of Peru, IN v. 3M et al* | 2:24-cv-01253 |
| *Town of Cicero, IN v. 3M et al* | 2:24-cv-01288 |

| | |
|---|---|
| *Del-Co Water Company Inc. v. 3M et al* | 2:24-cv-01377 |
| *City of Lafayette, IN v. 3M et al* | 2:24-cv-01378 |
| *Town of West Terre Haute, IN v. 3M et al* | 2:24-cv-01379 |
| *City of Paynesville, MN v. 3M et al* | 2:24-cv-01381 |
| *Town of Oxford, IN v. 3M et al* | 2:24-cv-01577 |
| *San Andreas Mutual Water Company v. AGC et al* | 2:24-cv-01691 |
| *Town of Wellesley, MA v. 3M et al* | 2:24-cv-01692 |
| *City of Salem, NJ v. 3M et al* | 2:24-cv-01802 |
| *City of Bangor, ME v. 3M et al* | 2:24-cv-01803 |
| *Austin Utilities v. 3M et al* | 2:24-cv-01804 |
| *Clermont County Ohio Board of County Commissioners v. 3M et al* | 2:24-cv-01846 |
| *City of Newport, RI v. 3M et al* | 2:24-cv-01858 |
| *Town of Sellersburg, IN v. 3M et al* | 2:24-cv-01907 |
| *City of Worcester, MA v. 3M et al* | 2:24-cv-01911 |
| *City of Glendale, AZ v. 3M et al* | 2:24-cv-01914 |
| *City of Spokane, WA v. 3M et al* | 2:24-cv-01917 |
| *Town of Foxborough, MA v. 3M et al* | 2:24-cv-01922 |
| *Town of Concord, MA v. 3M et al* | 2:24-cv-01923 |
| *Covina Irrigating Company v. 3M et al* | 2:24-cv-01924 |
| *Valencia Heights Water Company v. 3M et al* | 2:24-cv-01927 |
| *City of Norco, CA v. 3M et al* | 2:24-cv-01934 |
| *Town of Andover, MA v. 3M et al* | 2:24-cv-01936 |
| *Global Water Resources Inc. v. 3M et al* | 2:24-cv-01939 |
| *East Cherry Creek Valley Water & Sanitation District v. 3M et al* | 2:24-cv-01940 |
| *City of Corona, CA v. 3M et al* | 2:24-cv-01941 |
| *Hearthstone Water Inc. v. 3M et al* | 2:24-cv-01942 |
| *Village of Northbrook, IL v. 3M et al* | 2:24-cv-02640 |
| *Village of East Dundee IL v. 3M et al* | 2:24-cv-02656 |
| *Village of Minooka, IL v. 3M et al* | 2:24-cv-02657 |
| *Village of Warrenville, IL v. 3M et al* | 2:24-cv-02660 |
| *City of Woodbury, MN v. 3M Company et al.* | 2:24-cv-02804 |
| *City of Cheney, WA v. 3M et al* | 2:24-cv-02834 |
| *Rolling Hills MHC LLC v. AGC et al* | 2:24-cv-02835 |
| *South Berwick Water District v. AGC et al* | 2:24-cv-02837 |
| *Brunswick & Topsham Water District v. AGC et al* | 2:24-cv-02841 |
| *Town of Ipswich, MA v. 3M et al* | 2:24-cv-02842 |
| *Portland Water District v. 3M et al* | 2:24-cv-02843 |
| *Orange County Water District et al. v. AGC et al.* | 2:24-cv-02846 |
| *La Puente Valley County Water District v. AGC et al.* | 2:24-cv-02855 |
| *Village of Walworth, WI v. AGC et al.* | 2:24-cv-02987 |
| *Municipal Services Commission of City of New Castle v. AGC et al.* | 2:24-cv-03004 |
| *City of Pomona, CA v. 3M Company et al.* | 2:24-cv-03129 |
| *Fayson Lake Water Co. v. AGC et al.* | 2:24-cv-03131 |

| | |
|---|---|
| *JW Water Holdings, LLC v. 3M Company et al.* | 2:24-cv-03144 |
| *Village of Granton, WI v. 3M Company et al.* | 2:24-cv-03145 |
| *Village of Winnetaka, IL v. AGC et al* | 2:24-cv-03344 |
| *The Pennsylvania State University v. AGC et al* | 2:24-cv-03442 |
| *City of Lakeville, MN v. 3M Company et al.* | 2:24-cv-04077 |
| *City of Isle, MN v. 3M Company et al.* | 2:24-cv-06564 |